VORYS, SATER, SEYMOUR AND PEASE LLP
Cory D. Catignani, SBN 332551
cdcatignani@vorys.com
Jocelyn M. Hoffman, SBN 332297
jmhoffman@vorys.com
4375 MacArthur Court, Suite 700
Newport Beach, California 92660
Telephone: (949) 526-7904
Facsimile: (949) 383-2385

Attorneys for Defendant
VICTORIA'S SECRET STORES, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN HERNANDEZ,<br><br>          Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET STORES, LLC, et al.,<br><br>          Defendants. | Case No. 2:21-cv-02008-AB-DFM<br><br>**CORRECTED JUDGMENT DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Andre Birotte Jr. |

| | |
|---|---|
| 1 | The Court, having received the Rule 12(b)(6) Motion to Dismiss of Defendant Victoria's Secret Stores, LLC, and having considered the moving, opposition, and reply briefs and the arguments presented by the parties' respective counsel finds that: |

The Court, having received the Rule 12(b)(6) Motion to Dismiss of Defendant Victoria's Secret Stores, LLC, and having considered the moving, opposition, and reply briefs and the arguments presented by the parties' respective counsel finds that:

Plaintiff Jean Hernandez's Second Amended Complaint fails to state a claim upon which relief can be granted. Because amendment of the Second Amended Complaint would be futile, the Court denies Plaintiff leave to amend.

IT IS HEREBY ORDERED THAT:

Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Second Amended Complaint and all of the claims therein are **DISMISSED WITH PREJUDICE**, and **WITHOUT LEAVE TO AMEND**.

IT IS SO ORDERED.

08/19/2021

_____
Judge of the United States District Court